UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 13-8-DLB-CJS-21

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

DANIEL LIST                                                                                      DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the July 5, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 1606), wherein she recommends that the Court modify Defendant Daniel List's supervised release such that he be removed from participation in the Court's Swift, Certain, and Fair program. On May 25, 2018 Magistrate Judge Smith conducted a hearing, during which Defendant stipulated to violating the condition of his supervised release as specified in the Probation Officer's May 11, 2018 Violation Report.

Defendant having waived his right to allocution, and both parties having waived the time for filing of objections to the R&R, this matter is now ripe for the Court's consideration. The Court having review the R&R, and concluding that it is sound in all respects, including the recommended modification and the basis for said modification, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 1606) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) Defendant is found to have **VIOLATED** the condition of his supervised release as set forth in the May 11, 2018 Violation Report;

(3) Defendant's supervised release is **NOT REVOKED;**

(4) Defendant's participation in the Swift, Certain, and Fair program is **TERMINATED** and he is **REMOVED** from the program; and

(5) Defendant is **CONTINUED** on regular supervised release subject to all standard and special conditions previously imposed in the Judgment (Doc. # 1027).

This 5th day of July, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2013\13-8-21 Order adopting DE 1606 - MJ R&R.wpd